UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WESLEY PAUL MILLER and THOMAS,

    Plaintiffs,

v.                                                                               Case No.: 3:25-cv-507-WWB-SJH

UNITED STATES OF AMERICA,
ATTORNEY GENERAL, SECRETARY
OF HOMELAND SECURITY and
SECRETARY OF TREASURY,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("**Motion to Proceed**," Doc. 3). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 7), in which he recommends that the Motion to Proceed be denied and that Plaintiff's Complaint (Doc. 1) be dismissed without prejudice.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. 3) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. The Clerk is directed to terminate any other pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on August 5, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party